UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHELLE MOORE,

        Plaintiff,

                                            Case No. 21-cv-0342-bhl

v.

GENESIS BEHAVIORAL SERVICES INC,

        Defendant.

## SCHEDULING ORDER

The Court held a telephone scheduling conference with the parties' attorneys on June 23, 2021, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16(a), and set the following schedule and procedures.

### DISCOVERY

1. The parties' initial disclosures as required by Fed. R. Civ. P. 26(a) must be provided on or before **July 16, 2021**.

2. Amendments to the pleadings may be filed without leave of Court on or before **August 23, 2021**. Fed. R. Civ. P. 15 will apply to any amendment filed after that date.

3. In accordance with Fed. R. Civ. P. 26, primary expert witness disclosure is due on or before **December 17, 2021** and rebuttal expert witness disclosure is due on or before **March 18, 2022**. These documents are to be exchanged between the parties and are not to be filed with the Court.

4. All fact and expert discovery must be completed no later than **June 24, 2022**. Discovery requests must be served sufficiently in advance of this deadline that timely responses are due before the deadline expires.

5. Expedited non-dispositive motions must comply with Civil L. R. 7(h). Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## SUMMARY JUDGMENT MOTIONS

6. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and shall be served and filed on or before **July 29, 2022**.

## FINAL PRETRIAL CONFERENCE AND TRIAL

7. A final pretrial conference will be held on **November 3, 2022** at **10:00 a.m.** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

8. A jury trial will be held on **November 14-16, 2022** at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

## ADDITIONAL PROCEDURES

9. All requests of the Court must be made by formal motion in accordance with Civil L. R. 7 and the Federal Rules of Civil Procedure.

10. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution. The Court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a joint request is made at least ninety (90) days prior to the final pretrial conference.

11. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the Court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

12. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the Court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

SO ORDERED on June 23, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge